JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

In the matter of the Complaint of

JAMES R. CAMPBELL, as the owner of the vessel "SEA ALICE," and her engines, tackle, appurtenances, etc.

For exoneration from, or limitation of, liability.

Case No.: SACV 17-00649-CJC(DFMx)

**DEFAULT JUDGMENT**

This matter came before the Court on Plaintiff-in-Limitation James R. Campbell's ("Plaintiff-in-Limitation") motion for default judgment. (Dkt. 23.) Plaintiff-in-Limitation moved for default judgment against all possible claimants who have not filed and served their claims in this action. On August 23, 2017, the Court, being fully advised, issued an order granting Plaintiff-in-Limitation's motion and finding that Plaintiff-in-Limitation is entitled to default judgment in his favor.

In accordance with the Court's August 23, 2017 order, IT IS HEREBY ORDERED that default judgment is entered in favor of Plaintiff-in-Limitation as against all possible claimants, known or unknown, on all claims arising out of the August 28, 2016 collision involving the vessel "Sea Alice." Plaintiff-in-Limitation is exonerated from all liability for all claims arising out of the August 28, 2016 collision involving the vessel "Sea Alice."

DATED: August 23, 2017

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE